**01–1605.   Nelson v. Ford Motor Co.**

Lake App. No. 99–L–203. Reported at 93 Ohio St.3d 1486, 758 N.E.2d 186. On motion for reconsideration. Motion denied.

Douglas, Resnick and F.E. Sweeney, JJ., dissent.

**01–1652.   State v. Shingleton.**

Montgomery App. No. CA7375. Reported at 93 Ohio St.3d 1485, 758 N.E.2d 185. On motion for reconsideration. Motion denied.

**01–1659.   Lower v. Ghee.**

Franklin App. No. 00AP–1349. Reported at 93 Ohio St.3d 1496, 758 N.E.2d 1148. On motion for reconsideration. Motion granted, appeal allowed, and cause held for the decision in 01–1253 and 01–1266, *Layne v. Ohio Adult Parole Auth.*, Marion App. Nos. 9–01–06 and 9–2001–06; briefing schedule stayed.

Douglas and Resnick, JJ., dissent.

**01–1709.   Kemper v. Michigan Millers Mut. Ins. Co.**

Certified State Law Question, No. 300CV07799. Reported at 93 Ohio St.3d 1483, 758 N.E.2d 184. On motion for reconsideration. Motion granted; the court will answer the certified questions found at 93 Ohio St.3d 1483, 758 N.E.2d 184.

Moyer, C.J., Cook and Lundberg Stratton, JJ., dissent.

On motion to strike motion for reconsideration. Motion denied.

Cook and Lundberg Stratton, JJ., dissent.

**01–1799.   State ex rel. Stevens v. Summit Cty. Court of Appeals.**

In Prohibition. Reported at 93 Ohio St.3d 1483, 758 N.E.2d 184. On motion for reconsideration. Motion denied.

Pfeifer, J., dissents.

Cook, J., not participating.

## MISCELLANEOUS DISMISSALS

**01–2025.   Brewer v. Gansheimer.**

Ashtabula App. No. 2001–A–0045. This cause is pending before the court as an appeal from the Court of Appeals for Ashtabula County. It appears from the records of this court that appellant has not filed a merit brief, due January 7, 2002, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is dismissed, *sua sponte.*